**Robert MELTON, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**No. 63863.**

Missouri Court of Appeals, Eastern District, Division One.

April 19, 1994.

Susan K. Eckels, Asst. Public Defender, St. Louis, for movant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

*ORDER*

PER CURIAM.

Movant appeals from the denial of his Rule 24.035 motion after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

■

**Stephen Lee RUSSELL, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**No. 65055.**

Missouri Court of Appeals, Eastern District, Division One.

April 19, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).